# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.** _13 cv 22235 JAL_

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

Case 1:13-cv-22235-JAL   Document 31   Entered on FLSD Docket 01/10/2014   Page 2 of 3

FILED by \_\_\_\_ D.C.
JAN 10 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

1-7-14

Case name: Remilien v. Global Realty Partners, Inc. et al
Case number: 1:13-cv-22235-JAL

Reply to case closed on 1/3/14

I received a letter stating that my case was closed. I was never informed that a motion was filed by my former attorney to withdraw as my counsel on December 13, 2013. I also was never informed by anyone that I had 20 days to hire new counsel. The motions filed in response to the motions of Global Realty are effective because I had an attorney on those days who represented me. Both motions were responded to before I had a preliminary hearing in December.

Sincerely,
Sandra Remilien
(305) 967-5653



United States District Court
Southern District of Florida
office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Fl 33128

Ms. Sandra Remilien
12670 NE 1st Ct.
North Miami, FL 33161